IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAUNDERS,<br><br>    Plaintiff,<br><br> v.<br><br>L. WALKER,<br><br>    Defendant.<br>_____ / | No. C 09-01141 SBA (PR)<br><br>**ORDER OF DISMISSAL** |

    The Clerk of the Court erroneously opened this case when Plaintiff filed an in forma pauperis (IFP) application. Plaintiff has informed the Court that he "never filed an action in [this] court and after a review of respective files it appears that the IFP application . . . was remitted to the Northern District in error." (May 9, 2009 Letter at 1.) The record shows that Plaintiff has no pending civil rights complaint in this Court. Accordingly, this action is DISMISSED because it was opened in error. The IFP application is DENIED as moot. No filing fee is due.

    The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Plaintiff's case. The Clerk shall terminate all pending motions and close the file.

    IT IS SO ORDERED.

DATED: 5/21/09
                                                          SAUNDRA BROWN ARMSTRONG
                                                          United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JASON SAUNDERS,

        Plaintiff,

v.

L. WALKER et al,

        Defendant.

Case Number: CV09-01141 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 26, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jason Saunders #H-44398
CSP-SATF IV
Substance Abuse Treatment Facility
P.O. Box 5246
Corcoran, CA 93212

Dated: May 26, 2009

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.09\Saunders1141.dismiss-error.frm

    2